No. 04–10492.   LEE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 04–10494.   MCAFFEE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 04–10495.   MILLER *v.* BEELER, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 04–10496.   GARCIA RODRIGUEZ *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 04–10497.   CRANDLE *v.* SUTTON, SUPERINTENDENT, PASQUOTANK CORRECTIONAL INSTITUTION.   C. A. 4th Cir.   Certiorari denied.

No. 04–10498.   SANCHEZ *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 04–10499.   SCHULER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.   C. A. 10th Cir.   Certiorari denied.

No. 04–10501.   CUNNINGHAM *v.* OREGON.   C. A. 9th Cir.   Certiorari denied.

No. 04–10502.   ZOCHLINSKI *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 04–10503.   RONE *v.* BOOKER, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 04–10504.   RUTAN *v.* HOUK, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 04–10505.   SEAGROVES *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 04–10506.   THEO-HARDING *v.* GONZALES, ATTORNEY GENERAL.   C. A. 4th Cir.   Certiorari denied.

No. 04–10507.   THOMAS *v.* TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.